## FORM 1
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: | 12-16263 | Judge: | Karen S. Jennemann | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|---|---|
| Case Name: | Edison Transportation LLC | | | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| | | | | 341(a) Meeting Date: | 05/28/2013 |
| For Period Ending: | 03/31/2017 | | | Claims Bar Date: | 08/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Arvest Checking Acct***1461 | 434,329.00 | 434,329.00 | | 434,798.17 | FA |
| 2. Royal Bank Of Canada Checking Acct***8606 (Estimat | 50,000.00 | 44,526.67 | | 44,526.67 | FA |
| 3. Janet Hill Personal Bank Account (F/B/O Edison Tra | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 4. Potential Recovery From Canadian Revenue Authority | 0.00 | 0.00 | | 0.00 | FA |
| 5. Loans To Itransit, Lew Robbins, M. Pouncey, Global | 0.00 | 0.00 | | 0.00 | FA |
| 6. Funds Held By Vectour Group, Llc (F/K/A Internatio | 52,511.57 | 52,511.57 | | 52,511.57 | FA |
| 7. Funds Held By Holland & Knight, Llp (F/B/O 3 Petit | 244,000.00 | 244,000.00 | | 244,000.00 | FA |
| 8. California litigation v. Vitrano, Gameday et al (u) | 0.00 | 175,000.00 | | 175,000.00 | FA |
| 9. Retainer funds held by SLG Firm paid by debtor in advance of bankruptcy filing (u) | 0.00 | 22,336.25 | | 22,336.25 | FA |
| INT. Post-Petition Interest Deposits (u) | 0.00 | NA | | 0.00 | Unknown |
| | | | | | **Gross Value of Remaining Assets** |
| **TOTALS (Excluding Unknown Values)** | 840,840.57 | 1,032,703.49 | | 1,033,172.66 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**05/02/13 - Hired Brad Saxon as attorney for the estate**
**05/09/13 - Sent demand letter to Janet Hill whom the schedules list as having $60k that belongs to the debtor.**
**05/10/13 - Sent letter to Royal Bank of Canada requesting turnover of funds**
**05/21/13 - Rec'd funds from RBC $47,174.84 in Canadian dollars equaling $44,256.67 in US Dollars**
**03/20/14 - Hiring law firm in Canada to determine potential probability of appealing tax deduction. Also, reviewing bank records.**
**05/06/14 - Attend Hearing on Emergency Application Doc# 110**
**08/11/14 - Application to Employ Accountant Doc# 121**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-16263 | Judge: | Karen S. Jennemann | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|---|---|
| Case Name: | Edison Transportation LLC | | | Date Filed (f) or Converted (c): | 04/11/2013 (f) |
| | | | | 341(a) Meeting Date: | 05/28/2013 |
| For Period Ending: | 03/31/2017 | | | Claims Bar Date: | 08/26/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

08/20/14 - Proof of Service of Order Authorizing Employment of Accountant Doc# 126
03/20/15 - Working on settlement with Pouncy will notice 1019 and two remaining issues, Bobby Hill Preference and CRA Appeal.
03/15/16 - Trial was held in Vancover BC on the CRA appeal. The judge took the case under submission. Pouncy and Bobby Hill's adversary's completed.
02/22/17 - Preparing fee apps the prepare TFR

**Initial Projected Date of Final Report(TFR) :** 09/30/2014      **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**    /s/Dennis D. Kennedy     **Date:** 04/26/2017
Dennis D. Kennedy
P O Box 541848
Merritt Island, FL 32954
Phone : (321) 455-9744

FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 12-16263 | Trustee Name: | Dennis D. Kennedy |
| --- | --- | --- | --- |
| Case Name: | Edison Transportation LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5389 Checking Account |
| Taxpayer ID No: | **-***2733 | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/21/2013 | [2] | Royal Bank of Canada 1025 W. Georgia St | Turnover of Canadian Bank account 07440-100-860-6Turnover of Canadian Bank account 07440-100-860-6 $47, 144.84 in Canadian Dollars. The exchange rate at Union Bank is 1.0588  Equation given by the bank was divide the amount in Canadian dollars by the rate and the amount is $44,526.67 | 1129-000 | 44,526.67 | | 44,526.67 |
| 06/18/2013 | | Janet Hill | Turnover of Account per Order 4/23/13 Doc# 41 | | 494,798.17 | | 539,324.84 |
| | [3] | | (F/B/O Edison Transportarti Janet Hill Personal Bank Account  60,000.00 | 1129-000 | | | |
| | [1] | |  Arvest Checking Acct***1461  434,798.17 | 1129-000 | | | |
| 06/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.48 | 539,301.36 |
| 07/16/2013 | [6] | Vectour Group LLC 3100 Loma Road Suite 304 Birmingham , AL 35216 | Turnover of Account | 1129-000 | 52,511.57 | | 591,812.93 |
| 07/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 348.72 | 591,464.21 |
| 08/26/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 836.69 | 590,627.52 |
| | | | | Page Subtotals | 591,836.41 | 1,208.89 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | | |
|---|---|---|---|---|
| Case No: | 12-16263 | | Trustee Name: | Dennis D. Kennedy |
| Case Name: | Edison Transportation LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******5389 Checking Account |
| Taxpayer ID No: | **-***2733 | | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 878.85 | 589,748.67 |
| 10/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 849.28 | 588,899.39 |
| 11/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 876.26 | 588,023.13 |
| 11/27/2013 | 10001 | Bradley M. Saxton Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Approved First Interim Fees Per order entered 11/25/13 Docket No. 103 | 3210-000 | | 18,543.70 | 569,479.43 |
| 11/27/2013 | 10002 | Bradley M. Saxton Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Approved First Interim Expenses Per Order entered 11/25/13 Docket No. 103 | 3220-000 | | 157.80 | 569,321.63 |
| 12/17/2013 | 10003 | Holland & Knight 200 South Orange Ave, Suite 2600 Orlando , FL 32801 | Per Order Granting Fees in Part Dated 12/16/13 Doc No 107Attorneys for the petitioning creditors | 3991-000 | | 40,070.00 | 529,251.63 |
| 12/17/2013 | 10004 | Holland & Knight 200 South Orange Ave, Suite 2600 Orlando , FL 32801 | Per Order Granting Expenses in Part Dated 12/16/13 Doc No 107Attorneys for the petitioning creditors | 3992-000 | | 745.41 | 528,506.22 |
| | | | Page Subtotals | | 0.00 | 62,121.30 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16263  
Case Name: Edison Transportation LLC  
Taxpayer ID No: **-***2733  
For Period Ending: 3/31/2017  

Trustee Name: Dennis D. Kennedy  
Bank Name: Union Bank  
Account Number/CD#: ******5389 Checking Account  
Blanket bond (per case limit): 37,079,582.00  
Separate bond (if applicable): 0.00  

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | Uniform Trans. Code | 5 Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 12/26/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 846.79 | 527,659.43 |
| 01/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 822.29 | 526,837.14 |
| 02/25/2014 | 10005 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans , LA 70139 | Chapter 7 Blanket Bond #016027985 Term 2/1/14 - 2/1/15 | 2300-000 | | 513.49 | 526,323.65 |
| 02/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 784.06 | 525,539.59 |
| 03/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 707.11 | 524,832.48 |
| 04/03/2014 | 10006 | Dentons Canada LLP Joel A. Nitikman, Esq 250 Howe Street, 20th Floor Vancouver British Columbia V6C 3R8 | Per Order Preliminarily Approving Trustee's Application to EmployDated April 2, 2014 Doc No 111Purpose: Retainer for initial review of the tax matter and to prepare and file an appeal with theCanada Revenue Agency | 3210-000 | | 4,540.09 | 520,292.39 |
| 04/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 780.92 | 519,511.47 |
| 05/12/2014 | 10007 | Robert Hill 774 Caudill Way Branson , MO 65616-8663 | Reimbursement of Airfare per Order Dated 10/22/13 Docket No 82 | 2990-000 | | 613.00 | 518,898.47 |
| | | | | Page Subtotals | 0.00 | 9,607.75 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-16263 | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|
| Case Name: | Edison Transportation LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5389 Checking Account |
| Taxpayer ID No: | **-***2733 | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 749.66 | 518,148.81 |
| 06/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 771.82 | 517,376.99 |
| 07/23/2014 | [7] | Winderweedle Haines Ward & Woodman PA 329 Park Avenue North Winter Park , FL 32790 | Turnover of funds held by Holland & Knight LLP | 1129-000 | 244,000.00 | | 761,376.99 |
| 07/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 745.06 | 760,631.93 |
| 08/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 862.32 | 759,769.61 |
| 09/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,130.24 | 758,639.37 |
| 10/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,092.49 | 757,546.88 |
| 11/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,127.30 | 756,419.58 |
| 12/26/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,089.30 | 755,330.28 |
| | | | | Page Subtotals | 244,000.00 | 7,568.19 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-16263 | | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|---|
| Case Name: | Edison Transportation LLC | | Bank Name: | Union Bank |
| | | | Account Number/CD#: | ******5389 Checking Account |
| Taxpayer ID No: | **-***2733 | | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 01/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,123.95 | 754,206.33 |
| 02/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,122.32 | 753,084.01 |
| 03/24/2015 | 10008 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond #016027985 Dennis Dan Kennedy, Trustee Period 2/1/15 - 2/1/16 | 2300-000 | | 514.72 | 752,569.29 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,012.28 | 751,557.01 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,118.92 | 750,438.09 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,080.79 | 749,357.30 |
| 06/15/2015 | [8] | Gameday Connection Inc. | Settlement per 6/8/15 Order Doc# 134 | 1249-000 | 35,000.00 | | 784,357.30 |
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,115.06 | 783,242.24 |
| 07/01/2015 | [8] | Roetzel & Andress LPA | Balance of Settlement per 6/8/15 Order Doc# 134 | 1249-000 | 140,000.00 | | 923,242.24 |
| | | | | Page Subtotals | 175,000.00 | 7,088.04 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 12-16263 | Trustee Name: Dennis D. Kennedy |
| Case Name: Edison Transportation LLC | Bank Name: Union Bank |
| | Account Number/CD#: ******5389 Checking Account |
| Taxpayer ID No: **-***2733 | Blanket bond (per case limit): 37,079,582.00 |
| For Period Ending: 3/31/2017 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,102.69 | 922,139.55 |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,365.24 | 920,774.31 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,370.12 | 919,404.19 |
| 10/08/2015 | | Transfer to Acct # xxxxxx7880 | Transfer of Settlement Funds per Order entered 6/8/15 | 9999-000 | | 502,241.88 | 417,162.31 |
| 11/23/2015 | 10009 | Bradley Saxon<br>Winderweedle, Haines, Ward & Woodman, P.A.<br>PO Box 1391<br>Orlando , FL 32802-1391 | Attorney for Trustee Approved Second Interim Fees Per Order Entered 11/19/15 Doc # 145 | 3210-000 | | 105,593.50 | 311,568.81 |
| 11/23/2015 | 10010 | Bradley Saxon<br>Winderweedle, Haines, Ward & Woodman, P.A.<br>PO Box 1391<br>Orlando , FL 32802-1391 | Attorney for Trustee Approved Second Interim Expenses Per Order Entered 11/19/15 Doc # 145 | 3220-000 | | 2,390.74 | 309,178.07 |
| 02/09/2016 | 10011 | International Sureties, LTD.<br>701 Poydras St., Suite 420<br>New Orleans , LA 70139 | Bond Premium for bond no 016027985 period 2/1/16 - 2/1/17 | 2300-000 | | 187.73 | 308,990.34 |
| | | | | Page Subtotals | 0.00 | 614,251.90 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-16263 | Trustee Name: | Dennis D. Kennedy |
| --- | --- | --- | --- |
| Case Name: | Edison Transportation LLC | Bank Name: | Union Bank |
| | | Account Number/CD#: | ******5389 Checking Account |
| Taxpayer ID No: | **-***2733 | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 02/19/2016 | 10012 | Paul M. Dumm<br>934 N. Magnolia Ave.<br>Suite 199<br>Orlando, FL 32803 | Interim Payment of Fees Per Order<br>Entered 12/3/15 Doc # 147Fees $18,150.00 | 3410-000 | | 18,150.00 | 290,840.34 |
| 08/09/2016 | 10013 | Lewis Robbins<br>1811 Palm Lane<br>Orlando, FL 32803 | Reimbursement of expenses Doc #157<br>Order entered 7/20/16 $1,150.19 for Mr. Robbins travel to the trial and $893.23 for expenses paid for Mr. Pouncey by Mr. Robbins for a total of $2,043.42 | 2990-000 | | 2,043.42 | 288,796.92 |
| 08/09/2016 | 10014 | Robert Hill<br>96 Bull Run<br>Branson, MO 65616 | Reimbursement of expenses Doc #157<br>Order entered 7/20/16Reimbursement of expenses for two trips to Vancouver BC 2015 for deposition and 2016 for trial | 2990-000 | | 2,124.30 | 286,672.62 |
| 08/09/2016 | 10015 | Michael Pouncey<br>5114 Legacy Oaks Drive<br>Orlando, FL 32839 | Reimbursement of expenses per Doc<br># 157 Order entered 7/20/16airfare and transportation to 2016 trial | 2990-000 | | 208.63 | 286,463.99 |
| 08/29/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 286,463.99 | 0.00 |

| | | Page Subtotals | 0.00 | 308,990.34 |
| --- | --- | --- | --- | --- |
| | **COLUMN TOTALS** | | 1,010,836.41 | 1,010,836.41 |
| | Less:Bank Transfer/CD's | | 0.00 | 788,705.87 |
| | **SUBTOTALS** | | 1,010,836.41 | 222,130.54 |
| | Less: Payments to Debtors | | | 0.00 |
| | **Net** | | 1,010,836.41 | 222,130.54 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 12-16263  
**Case Name:** Edison Transportation LLC  
**Taxpayer ID No:** **-***2733  
**For Period Ending:** 3/31/2017  

**Trustee Name:** Dennis D. Kennedy  
**Bank Name:** Union Bank  
**Account Number/CD#:** ******7880 Checking Account - No Bank Fee  
**Blanket bond (per case limit):** 37,079,582.00  
**Separate bond (if applicable):** 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | | |
| | | | | | Deposits($) | Disbursements($) | Account/CD Balance($) |
| 10/08/2015 | | Transfer from Acct # xxxxxx5389 | Transfer of Settlement Funds per Order entered 6/8/15 | 9999-000 | 502,241.88 | | 502,241.88 |
| 10/08/2015 | 10001 | State of Florida-Department of Revenue Bankruptcy Section PO Box 6668 | Full satisfaction of priority claim number 7Per order granting motion to approve settlement dated June 8, 2015 document number 134 | 5800-000 | | 2,241.88 | 500,000.00 |
| 10/08/2015 | 10002 | Shuttle Bus Leasing C/O Dale Carson, President 42882 Ivy Street Murrieta, Ca 92562 | Pro Rata share of approved Interim Distribution Per Order dated 6/8/15 Document No. 134 | 7100-000 | | 434,598.28 | 65,401.72 |
| 08/29/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 65,401.72 | 0.00 |

|  |  |  |
|---|---|---|
| Page Subtotals | 502,241.88 | 502,241.88 |
| **COLUMN TOTALS** | 502,241.88 | 502,241.88 |
| Less: Bank Transfer/CD's | 502,241.88 | 65,401.72 |
| **SUBTOTALS** | 0.00 | 436,840.16 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 436,840.16 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16263  
Case Name: Edison Transportation LLC  
Taxpayer ID No: **-***2733  
For Period Ending: 3/31/2017  

Trustee Name: Dennis D. Kennedy  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******8173 Checking Account - No Bank  
Blanket bond (per case limit): 37,079,582.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/29/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 65,401.72 | | 65,401.72 |
| *03/23/2017 | | Winderweedle, Haines, Ward & Woodman, P.A. 329 Park Avenue North Winter Park, FL 32790 | Settlement | 1249-003 | 22,336.25 | | 87,737.97 |
| *03/23/2017 | | Winderweedle, Haines, Ward & Woodman, P.A. 329 Park Avenue North Winter Park, FL 32790 | Settlement | 1249-003 | (22,336.25) | | 65,401.72 |

|  |  |  |
|---|---|---|
| Page Subtotals | 65,401.72 | 0.00 |
| **COLUMN TOTALS** | 65,401.72 | 0.00 |
| Less: Bank Transfer/CD's | 65,401.72 | 0.00 |
| **SUBTOTALS** | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 0.00 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 12-16263
Case Name: Edison Transportation LLC
Taxpayer ID No: **-***2733
For Period Ending: 3/31/2017

Trustee Name: Dennis D. Kennedy
Bank Name: Texas Capital Bank
Account Number/CD#: ******8165 Checking Account
Blanket bond (per case limit): 37,079,582.00
Separate bond (if applicable): 0.00

| 1 Transaction Date | 2 Check or [Refer#] | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Trans. Code | Deposits($) | 6 Disbursements($) | 7 Account/ CD Balance($) |
|---|---|---|---|---|---|---|---|
| 08/29/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 286,463.99 | | 286,463.99 |
| 09/06/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.74 | 286,425.25 |
| 10/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 400.22 | 286,025.03 |
| 10/21/2016 | 53001 | Retrievex<br>1451 Ocoee-Apopka Rd<br>Building B, Ste 200<br>Apopka, FL 32703 | Payment per Order entered 9/16/16 allowing destruction of documents | 2990-000 | | 184.31 | 285,840.72 |
| 10/21/2016 | 53002 | Department of Justice Canada<br>Receiver General<br>B C Regional Office<br>900-840 Howe St<br>Vancouver BC , V6Z2S9 | Accord and Satisfaction – Bankruptcy Estate of Edison Transportation, Inc. – CRA Litigation – Tax Court of Canada Appeal No 2014-1088(IT)G File no 4759408<br>Payable per Order Docketed No 164 Dated 9/14/16 | 2990-000 | | 14,201.63 | 271,639.09 |
| 10/21/2016 | 53003 | Allwest Reporting Ltd<br>Box 191 1125 - Howe St<br>Vancouver BC , V6Z2K8 | Payment of Invoices 160315 and 160328 per Order entered as docket no 164 dated 9/14/16 | 2990-000 | | 2,358.34 | 269,280.75 |
| | | | Page Subtotals | | 286,463.99 | 17,183.24 | |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

**Case No:** 12-16263  
**Case Name:** Edison Transportation LLC  
**Taxpayer ID No:** **-***2733  
**For Period Ending:** 3/31/2017  

**Trustee Name:** Dennis D. Kennedy  
**Bank Name:** Texas Capital Bank  
**Account Number/CD#:** ******8165 Checking Account  
**Blanket bond (per case limit):** 37,079,582.00  
**Separate bond (if applicable):** 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 399.65 | 268,881.10 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 385.87 | 268,495.23 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 375.23 | 268,120.00 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 374.67 | 267,745.33 |
| 03/23/2017 | [9] | Winderweedle, Haines, Ward & Woodman, P.A.<br>329 Park Avenue North<br>Winter Park, FL 32790 | Retainer funds held by SLG Firm | 1229-000 | 22,336.25 | | 290,081.58 |
| | | | | Page Subtotals | 22,336.25 | 1,535.42 | |

FORM 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |   | | |
|---|---|---|---|---|
| Case No: | 12-16263 | | Trustee Name: | Dennis D. Kennedy |
| Case Name: | Edison Transportation LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******8165 Checking Account |
| Taxpayer ID No: | **-***2733 | | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 3/31/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

Page Subtotals

| | | | |
|---|---|---|---|
| **COLUMN TOTALS** | | 308,800.24 | 18,718.66 |
| Less:Bank Transfer/CD's | | 286,463.99 | 0.00 |
| **SUBTOTALS** | | 22,336.25 | 18,718.66 |
| Less: Payments to Debtors | | | 0.00 |
| **Net** | | 22,336.25 | 18,718.66 |

| | | | | |
|---|---|---|---|---|
| | | **TOTAL-ALL ACCOUNTS** | **NET DEPOSITS** | **NET DISBURSEMENTS** | **ACCOUNT BALANCE** |
| All Accounts Gross Receipts: | 1,033,172.66 | | | | |
| All Accounts Gross Disbursements: | 677,689.36 | ******5389 Checking Account | 1,010,836.41 | 222,130.54 | |
| All Accounts Net: | 355,483.30 | ******7880 Checking Account - No | 0.00 | 436,840.16 | |
| | | ******8165 Checking Account | 22,336.25 | 18,718.66 | |
| | | ******8173 Checking Account - No | 0.00 | 0.00 | |
| | | **NetTotals** | 1,033,172.66 | 677,689.36 | 355,483.30 |