UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| In re: | § | |
| Edison Transportation LLC | § | Case No. 6:12-bk-16263-KSJ |
| | § | |
| Debtor(s) | § | |
| | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Dennis D. Kennedy, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $509,013.84 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $524,158.82 | |

3) Total gross receipts of $1,033,172.66 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,033,172.66 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3** ) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4** ) | NA | $524,090.85 | $524,158.82 | $524,158.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5** ) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6** ) | $0.00 | $2,241.88 | $2,241.88 | $2,241.88 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7** ) | $3,379,261.60 | $3,379,981.56 | $2,904,981.56 | $506,771.96 |
| **TOTAL DISBURSEMENTS** | $3,379,261.60 | $3,906,314.29 | $3,431,382.26 | $1,033,172.66 |

4) This case was originally filed under chapter 7 on 04/11/2013. The case was pending for 56 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.** The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    12/27/2017                     By :    /s/ Dennis D. Kennedy

                                             Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Royal Bank Of Canada Checking Acct***8606 (Estimat | 1129-000 | $44,526.67 |
| Funds Held By Holland & Knight, Llp (F/B/O 3 Petit | 1129-000 | $244,000.00 |
| Janet Hill Personal Bank Account (F/B/O Edison Tra | 1129-000 | $60,000.00 |
| Funds Held By Vectour Group, Llc (F/K/A Internatio | 1129-000 | $52,511.57 |
| Arvest Checking Acct***1461 | 1129-000 | $434,798.17 |
| Retainer funds held by SLG Firm paid by debtor in advance of | 1229-000 | $22,336.25 |
| California litigation v. Vitrano, Gameday et al | 1249-000 | $175,000.00 |
| **TOTAL GROSS RECEIPTS** | | $1,033,172.66 |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | $0.00 |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NA | NA | NA | NA | NA | NA |
| | **TOTAL SECURED** | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Retrievex | 2990-000 | NA | $184.31 | $184.31 | $184.31 |
| Department of Justice Canada | 2990-000 | NA | $14,201.63 | $14,201.63 | $14,201.63 |
| Dentons Canada LLP | 3210-600 | NA | $182,000.00 | $182,000.00 | $182,000.00 |
| Dentons Canada LLP | 3210-000 | NA | $4,540.09 | $4,540.09 | $4,540.09 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Robert Hill | 2990-000 | NA | $2,124.30 | $2,124.30 | $2,124.30 |
| Michael Pouncey | 2990-000 | NA | $208.63 | $208.63 | $208.63 |
| Allwest Reporting Ltd. | 2990-000 | NA | $2,358.34 | $2,358.34 | $2,358.34 |
| Emerson Noble | 3310-000 | NA | $1,490.00 | $1,490.00 | $1,490.00 |
| Emerson Noble | 3320-000 | NA | $10.05 | $10.05 | $10.05 |
| Dentons Canada LLP | 3220-610 | NA | $5,905.56 | $5,905.56 | $5,905.56 |
| United States Bankruptcy Court | 2700-000 | NA | $350.00 | $350.00 | $350.00 |
| Lewis Robbins | 2990-000 | NA | $2,043.42 | $2,043.42 | $2,043.42 |
| Dennis D Kennedy | 2100-000 | NA | $54,245.18 | $54,245.18 | $54,245.18 |
| Robert Hill | 2990-000 | NA | $613.00 | $613.00 | $613.00 |
| Paul M. Dumm | 3410-000 | NA | $18,150.00 | $18,150.00 | $18,150.00 |
| Dennis D Kennedy | 2200-000 | NA | $210.49 | $278.46 | $278.46 |
| Bradley M. Saxton | 3210-000 | NA | $160,816.00 | $160,816.00 | $160,816.00 |
| Bradley M. Saxton | 3220-000 | NA | $4,900.11 | $4,900.11 | $4,900.11 |
| Holland & Knight | 3991-000 | NA | $40,070.00 | $40,070.00 | $40,070.00 |
| Holland & Knight | 3992-000 | NA | $745.41 | $745.41 | $745.41 |
| International Sureties, LTD. | 2300-000 | NA | $1,215.94 | $1,215.94 | $1,215.94 |
| Texas Capital Bank | 2600-000 | NA | $1,974.38 | $1,974.38 | $1,974.38 |
| Union Bank | 2600-000 | NA | $25,734.01 | $25,734.01 | $25,734.01 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $524,090.85 | $524,158.82 | $524,158.82 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Earl K. Wood, Tax Collector | | NA | NA | NA | $0.00 |
| 7 | State Of Florida - Department Of | 5800-000 | $0.00 | $2,241.88 | $2,241.88 | $2,241.88 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $2,241.88 | $2,241.88 | $2,241.88 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Shuttle Bus Leasing | 7100-000 | $2,623,901.01 | $3,000,000.00 | $2,525,000.00 | $440,484.44 |
| 5 | All Resort Coach, Inc. | 7100-000 | $182,536.50 | $182,536.50 | $182,536.50 | $31,843.36 |
| 4 | Lupine Rentals, Llc | 7100-000 | $16,800.00 | $16,800.00 | $16,800.00 | $2,930.75 |
| 3 | Drivers Overload, Inc. | 7100-000 | $34,965.00 | $34,140.00 | $34,140.00 | $5,955.70 |
| 2 | Workers Compensation Board Of | 7100-000 | $91,162.40 | $93,993.49 | $93,993.49 | $16,397.10 |
| 1 | International Trailways / Vectour | 7100-000 | $52,511.57 | $52,511.57 | $52,511.57 | $9,160.61 |
| | Brian A. McDowell, Esq Holland | | NA | NA | NA | $0.00 |
| | Brian A. McDowell, Esq Holland | | NA | NA | NA | $0.00 |
| | Brian A. McDowell, Esq Holland | | NA | NA | NA | $0.00 |
| | Broughton Law | | $2,219.69 | NA | NA | $0.00 |
| | Drake International | | $44,415.00 | NA | NA | $0.00 |
| | J. Dana Mitchell Weiler | | NA | NA | NA | $0.00 |
| | Lancer Insurance | | $91,000.00 | NA | NA | $0.00 |
| | Lewis Stages | | $182,536.50 | NA | NA | $0.00 |
| | Miles Staffing | | $47,891.46 | NA | NA | $0.00 |
| | R. Scott Shuker, Esq Latham, | | NA | NA | NA | $0.00 |
| | Ronald C. Wall, Jr. Esq | | NA | NA | NA | $0.00 |
| | Spile, Leff & Goor, LLP | | NA | NA | NA | $0.00 |
| | Telus | | $9,322.47 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $3,379,261.60 | $3,379,981.56 | $2,904,981.56 | $506,771.96 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: **12-16263**                Judge: **Karen S. Jennemann**          Trustee Name: **Dennis D. Kennedy**
Case Name: **Edison Transportation LLC**                                    Date Filed (f) or Converted (c): **04/11/2013 (f)**
                                                                            341(a) Meeting Date: **05/28/2013**
For Period Ending: **12/27/2017**                                           Claims Bar Date: **08/26/2013**

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. | Arvest Checking Acct***1461 | 434,329.00 | 434,329.00 | | 434,798.17 | FA |
| 2. | Royal Bank Of Canada Checking Acct***8606 (Estimat | 50,000.00 | 44,526.67 | | 44,526.67 | FA |
| 3. | Janet Hill Personal Bank Account (F/B/O Edison Tra | 60,000.00 | 60,000.00 | | 60,000.00 | FA |
| 4. | Potential Recovery From Canadian Revenue Authority | 0.00 | 0.00 | | 0.00 | FA |
| 5. | Loans To Itransit, Lew Robbins, M. Pouncey, Global | 0.00 | 0.00 | | 0.00 | FA |
| 6. | Funds Held By Vectour Group, Llc (F/K/A Internatio | 52,511.57 | 52,511.57 | | 52,511.57 | FA |
| 7. | Funds Held By Holland & Knight, Llp (F/B/O 3 Petit | 244,000.00 | 244,000.00 | | 244,000.00 | FA |
| 8. | California litigation v. Vitrano, Gameday et al (u) | 0.00 | 175,000.00 | | 175,000.00 | FA |
| 9. | Retainer funds held by SLG Firm paid by debtor in advance of bankruptcy filing (u) | 0.00 | 22,336.25 | | 22,336.25 | FA |
| INT. | Post-Petition Interest Deposits (u) | 0.00 | NA | | 0.00 | FA |

Gross Value of Remaining Assets

**TOTALS (Excluding Unknown Values)**        840,840.57        1,032,703.49                1,033,172.66        0.00

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**05/02/13 - Hired Brad Saxon as attorney for the estate**
**05/09/13 - Sent demand letter to Janet Hill whom the schedules list as having $60k that belongs to the debtor.**
**05/10/13 - Sent letter to Royal Bank of Canada requesting turnover of funds**
**05/21/13 - Rec'd funds from RBC $47,174.84 in Canadian dollars equaling $44,256.67 in US Dollars**
**03/20/14 - Hiring law firm in Canada to determine potential probability of appealing tax deduction. Also, reviewing bank records.**
**05/06/14 - Attend Hearing on Emergency Application Doc# 110**
**08/11/14 - Application to Employ Accountant Doc# 121**

**Exhibit 8**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| **Case No:  12-16263** | **Judge:  Karen S. Jennemann** | **Trustee Name:  Dennis D. Kennedy** |
| **Case Name:  Edison Transportation LLC** | | **Date Filed (f) or Converted (c):  04/11/2013 (f)** |
| | | **341(a) Meeting Date:  05/28/2013** |
| **For Period Ending:  12/27/2017** | | **Claims Bar Date:  08/26/2013** |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**08/20/14 - Proof of Service of Order Authorizing Employment of Accountant Doc# 126**
**03/20/15 - Working on settlement with Pouncy will notice 1019 and two remaining issues, Bobby Hill Preference and CRA Appeal.**
**03/15/16 - Trial was held in Vancover BC on the CRA appeal. The judge took the case under submission. Pouncy and Bobby Hill's adversary's completed.**
**02/22/17 - Preparing fee apps the prepare TFR**

**Initial Projected Date of Final Report(TFR) :** 09/30/2014      **Current Projected Date of Final Report(TFR) :** 12/31/2017

**Trustee's Signature**      /s/Dennis D. Kennedy      **Date:**  12/27/2017
Dennis D. Kennedy
P O Box 541848
Merritt Island, FL 32954
Phone : (321) 455-9744

**Exhibit 8**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 12-16263 | |
| **Case Name:** Edison Transportation LLC | |
| **Taxpayer ID No:** **-***2733 | |
| **For Period Ending:** 12/27/2017 | |

| | |
|---|---|
| **Trustee Name:** Dennis D. Kennedy | |
| **Bank Name:** Union Bank | |
| **Account Number/CD#:** ******5389 Checking Account | |
| **Blanket bond (per case limit):** 37,079,582.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 05/21/2013 | [2] | Royal Bank of Canada 1025 W. Georgia St | Turnover of Canadian Bank account 07440-100-860-6Turnover of Canadian Bank account 07440-100-860-6 $47, 144.84 in Canadian Dollars. The exchange rate at Union Bank is 1.0588 Equation given by the bank was divide the amount in Canadian dollars by the rate and the amount is $44,526.67 | 1129-000 | 44,526.67 | | 44,526.67 |
| 06/18/2013 | | Janet Hill | Turnover of Account per Order 4/23/13 Doc# 41 | | 494,798.17 | | 539,324.84 |
| | [3] | | (F/B/O Edison Transportarti Janet Hill Personal Bank Account          60,000.00 | 1129-000 | | | |
| | [1] | | Arvest Checking Acct***1461          434,798.17 | 1129-000 | | | |
| 06/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 23.48 | 539,301.36 |
| 07/16/2013 | [6] | Vectour Group LLC 3100 Loma Road Suite 304 Birmingham , AL 35216 | Turnover of Account | 1129-000 | 52,511.57 | | 591,812.93 |
| 07/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 348.72 | 591,464.21 |
| 08/26/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 836.69 | 590,627.52 |
| | | | Page Subtotals | | 591,836.41 | 1,208.89 | |

**Exhibit 9**

**FORM 2**

Page 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: **12-16263**

Case Name: **Edison Transportation LLC**

Taxpayer ID No: **\*\*-\*\*\*2733**

For Period Ending: **12/27/2017**

Trustee Name: **Dennis D. Kennedy**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*5389 Checking Account**

Blanket bond (per case limit): **37,079,582.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 878.85 | 589,748.67 |
| 10/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 849.28 | 588,899.39 |
| 11/25/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 876.26 | 588,023.13 |
| 11/27/2013 | 10001 | Bradley M. Saxton Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Approved First Interim Fees Per order entered 11/25/13 Docket No. 103 | 3210-000 | | 18,543.70 | 569,479.43 |
| 11/27/2013 | 10002 | Bradley M. Saxton Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Approved First Interim Expenses Per Order entered 11/25/13 Docket No. 103 | 3220-000 | | 157.80 | 569,321.63 |
| 12/17/2013 | 10003 | Holland & Knight 200 South Orange Ave, Suite 2600 Orlando , FL 32801 | Per Order Granting Fees in Part Dated 12/16/13 Doc No 107Attorneys for the petitioning creditors | 3991-000 | | 40,070.00 | 529,251.63 |
| 12/17/2013 | 10004 | Holland & Knight 200 South Orange Ave, Suite 2600 Orlando , FL 32801 | Per Order Granting Expenses in Part Dated 12/16/13 Doc No 107Attorneys for the petitioning creditors | 3992-000 | | 745.41 | 528,506.22 |
| | | | Page Subtotals | | 0.00 | 62,121.30 | |

UST Form 101-7-TDR (10/1/2010) (Page 9)

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 12-16263 | **Trustee Name:** Dennis D. Kennedy |
| **Case Name:** Edison Transportation LLC | **Bank Name:** Union Bank |
| | **Account Number/CD#:** ******5389 Checking Account |
| **Taxpayer ID No:** **-***2733 | **Blanket bond (per case limit):** 37,079,582.00 |
| **For Period Ending:** 12/27/2017 | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 12/26/2013 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 846.79 | 527,659.43 |
| 01/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 822.29 | 526,837.14 |
| 02/25/2014 | 10005 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans , LA 70139 | Chapter 7 Blanket Bond #016027985 Term 2/1/14 - 2/1/15 | 2300-000 | | 513.49 | 526,323.65 |
| 02/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 784.06 | 525,539.59 |
| 03/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 707.11 | 524,832.48 |
| 04/03/2014 | 10006 | Dentons Canada LLP Joel A. Nitikman, Esq 250 Howe Street, 20th Floor Vancouver British Columbia V6C 3R8 | Per Order Preliminarily Approving Trustee's Application to EmployDated April 2, 2014 Doc No 111Purpose: Retainer for initial review of the tax matter and to prepare and file an appeal with theCanada Revenue Agency | 3210-000 | | 4,540.09 | 520,292.39 |
| 04/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 780.92 | 519,511.47 |
| 05/12/2014 | 10007 | Robert Hill 774 Caudill Way Branson , MO 65616-8663 | Reimbursement of Airfare per Order Dated 10/22/13 Docket No 82 | 2990-000 | | 613.00 | 518,898.47 |
| 05/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 749.66 | 518,148.81 |
| | | | Page Subtotals | | 0.00 | 10,357.41 | |

**Exhibit 9**

**FORM 2**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** | 12-16263 | |
| **Case Name:** | Edison Transportation LLC | |
| **Taxpayer ID No:** | **-***2733 | |
| **For Period Ending:** | 12/27/2017 | |

| | | |
|---|---|---|
| **Trustee Name:** | Dennis D. Kennedy | |
| **Bank Name:** | Union Bank | |
| **Account Number/CD#:** | ******5389 Checking Account | |
| **Blanket bond (per case limit):** | 37,079,582.00 | |
| **Separate bond (if applicable):** | 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 06/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 771.82 | 517,376.99 |
| 07/23/2014 | [7] | Winderweedle Haines Ward & Woodman PA 329 Park Avenue North Winter Park , FL 32790 | Turnover of funds held by Holland & Knight LLP | 1129-000 | 244,000.00 | | 761,376.99 |
| 07/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 745.06 | 760,631.93 |
| 08/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 862.32 | 759,769.61 |
| 09/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,130.24 | 758,639.37 |
| 10/27/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,092.49 | 757,546.88 |
| 11/25/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,127.30 | 756,419.58 |
| 12/26/2014 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,089.30 | 755,330.28 |
| 01/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,123.95 | 754,206.33 |
| 02/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,122.32 | 753,084.01 |
| | | | Page Subtotals | | 244,000.00 | 9,064.80 | |

**Exhibit 9**

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No:** 12-16263 | | **Trustee Name:** Dennis D. Kennedy |
| **Case Name:** Edison Transportation LLC | | **Bank Name:** Union Bank |
| | | **Account Number/CD#:** ******5389 Checking Account |
| **Taxpayer ID No:** **-***2733 | | **Blanket bond (per case limit):** 37,079,582.00 |
| **For Period Ending:** 12/27/2017 | | **Separate bond (if applicable):** 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/24/2015 | 10008 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond #016027985 Dennis Dan Kennedy, Trustee Period 2/1/15 - 2/1/16 | 2300-000 | | 514.72 | 752,569.29 |
| 03/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,012.28 | 751,557.01 |
| 04/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,118.92 | 750,438.09 |
| 05/26/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,080.79 | 749,357.30 |
| 06/15/2015 | [8] | Gameday Connection Inc. | Settlement per 6/8/15 Order Doc# 134 | 1249-000 | 35,000.00 | | 784,357.30 |
| 06/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,115.06 | 783,242.24 |
| 07/01/2015 | [8] | Roetzel & Andress LPA | Balance of Settlement per 6/8/15 Order Doc# 134 | 1249-000 | 140,000.00 | | 923,242.24 |
| 07/27/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,102.69 | 922,139.55 |
| 08/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,365.24 | 920,774.31 |
| 09/25/2015 | | Union Bank | Bank Service Fee under 11 U.S.C. 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | 1,370.12 | 919,404.19 |
| | | | Page Subtotals | | 175,000.00 | 8,679.82 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **12-16263**

Case Name: **Edison Transportation LLC**

Taxpayer ID No: **\*\*-\*\*\*2733**

For Period Ending: **12/27/2017**

Trustee Name: **Dennis D. Kennedy**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*5389 Checking Account**

Blanket bond (per case limit): **37,079,582.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/08/2015 | | Transfer to Acct # xxxxxx7880 | Transfer of Settlement Funds per Order entered 6/8/15 | 9999-000 | | 502,241.88 | 417,162.31 |
| 11/23/2015 | 10009 | Bradley Saxon Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Attorney for Trustee Approved Second Interim Fees Per Order Entered 11/19/15 Doc # 145 | 3210-000 | | 105,593.50 | 311,568.81 |
| 11/23/2015 | 10010 | Bradley Saxon Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | Attorney for Trustee Approved Second Interim Expenses Per Order Entered 11/19/15 Doc # 145 | 3220-000 | | 2,390.74 | 309,178.07 |
| 02/09/2016 | 10011 | International Sureties, LTD. 701 Poydras St., Suite 420 New Orleans , LA 70139 | Bond Premium for bond no 016027985 period 2/1/16 - 2/1/17 | 2300-000 | | 187.73 | 308,990.34 |
| 02/19/2016 | 10012 | Paul M. Dumm 934 N. Magnolia Ave. Suite 199 Orlando , FL 32803 | Interim Payment of Fees Per Order Entered 12/3/15 Doc # 147Fees $18,150.00 | 3410-000 | | 18,150.00 | 290,840.34 |
| 08/09/2016 | 10013 | Lewis Robbins 1811 Palm Lane Orlando , FL 32803 | Reimbursement of expenses Doc #157 Order entered 7/20/16 $1,150.19 for Mr. Robbins travel to the trial and $893.23 for expenses paid for Mr. Pouncey by Mr. Robbins for a total of $2,043.42 | 2990-000 | | 2,043.42 | 288,796.92 |

Page Subtotals      0.00      630,607.27

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **12-16263**

Case Name: **Edison Transportation LLC**

Taxpayer ID No: **\*\*-\*\*\*2733**

For Period Ending: **12/27/2017**

Trustee Name: **Dennis D. Kennedy**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*5389 Checking Account**

Blanket bond (per case limit): **37,079,582.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/09/2016 | 10014 | Robert Hill<br>96 Bull Run<br>Branson , MO 65616 | Reimbursement of expenses Doc #157 Order entered 7/20/16Reimbursement of expenses for two trips to Vancouver BC 2015 for deposition and 2016 for trial | 2990-000 | | 2,124.30 | 286,672.62 |
| 08/09/2016 | 10015 | Michael Pouncey<br>5114 Legacy Oaks Drive<br>Orlando , FL 32839 | Reimbursement of expenses per Doc # 157 Order entered 7/20/16airfare and transportation to 2016 trial | 2990-000 | | 208.63 | 286,463.99 |
| 08/29/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 286,463.99 | 0.00 |

| | | | | Page Subtotals | 0.00 | 288,796.92 | |
|---|---|---|---|---|---|---|---|

| | | COLUMN TOTALS | 1,010,836.41 | 1,010,836.41 |
|---|---|---|---|---|
| | | Less:Bank Transfer/CD's | 0.00 | 788,705.87 |
| | | **SUBTOTALS** | 1,010,836.41 | 222,130.54 |
| | | Less: Payments to Debtors | | 0.00 |
| | | **Net** | 1,010,836.41 | 222,130.54 |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: **12-16263**

Case Name: **Edison Transportation LLC**

Taxpayer ID No: **\*\*-\*\*\*2733**

For Period Ending: **12/27/2017**

Trustee Name: **Dennis D. Kennedy**

Bank Name: **Union Bank**

Account Number/CD#: **\*\*\*\*\*\*7880 Checking Account - No Bank Fee**

Blanket bond (per case limit): **37,079,582.00**

Separate bond (if applicable): **0.00**

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 10/08/2015 | | Transfer from Acct # xxxxxx5389 | Transfer of Settlement Funds per Order entered 6/8/15 | 9999-000 | 502,241.88 | | 502,241.88 |
| 10/08/2015 | 10001 | State of Florida-Department of Revenue Bankruptcy Section PO Box 6668 | Full satisfaction of priority claim number 7Per order granting motion to approve settlement dated June 8, 2015 document number 134 | 5800-000 | | 2,241.88 | 500,000.00 |
| 10/08/2015 | 10002 | Shuttle Bus Leasing C/O Dale Carson, President 42882 Ivy Street Murrieta , Ca 92562 | Pro Rata share of approved Interim Distribution Per Order dated 6/8/15 Document No. 134 | 7100-000 | | 434,598.28 | 65,401.72 |
| 08/29/2016 | | Transfer to Texas Capital Bank | Transfer of funds | 9999-000 | | 65,401.72 | 0.00 |

| | | | Page Subtotals | | 502,241.88 | 502,241.88 | |
|---|---|---|---|---|---|---|---|
| | | | COLUMN TOTALS | | 502,241.88 | 502,241.88 | |
| | | | Less:Bank Transfer/CD's | | 502,241.88 | 65,401.72 | |
| | | | SUBTOTALS | | 0.00 | 436,840.16 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 436,840.16 | |

UST Form 101-7-TDR (10/1/2010) (Page 15)

**Exhibit 9**

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:** 12-16263 | |
| **Case Name:** Edison Transportation LLC | |
| | |
| **Taxpayer ID No:** **-***2733 | |
| **For Period Ending:** 12/27/2017 | |

| | |
|---|---|
| **Trustee Name:** Dennis D. Kennedy | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******8173 Checking Account - No Bank Fees | |
| **Blanket bond (per case limit):** 37,079,582.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/29/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 65,401.72 | | 65,401.72 |
| *03/23/2017 | | Winderweedle, Haines, Ward & Woodman, P.A. 329 Park Avenue North Winter Park, FL 32790 | Settlement | 1249-003 | 22,336.25 | | 87,737.97 |
| *03/23/2017 | | Winderweedle, Haines, Ward & Woodman, P.A. 329 Park Avenue North Winter Park, FL 32790 | Settlement | 1249-003 | (22,336.25) | | 65,401.72 |
| 09/05/2017 | | Edison Transportation LLC | From #####8173 To #####8165 Transferring funds to consolidate accounts to distribute money to creditors and parties in interest | 9999-000 | | 65,401.72 | 0.00 |

| | | | | Page Subtotals | 65,401.72 | 65,401.72 | |

|  | | |
|---|---|---|
| **COLUMN TOTALS** | 65,401.72 | 65,401.72 |
| Less:Bank Transfer/CD's | 65,401.72 | 65,401.72 |
| **SUBTOTALS** | 0.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 0.00 | 0.00 |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 12-16263 | |
| **Case Name:** Edison Transportation LLC | |
| **Taxpayer ID No:** **-***2733 | |
| **For Period Ending:** 12/27/2017 | |

| | |
|---|---|
| **Trustee Name:** Dennis D. Kennedy | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******8165 Checking Account | |
| **Blanket bond (per case limit):** 37,079,582.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 08/29/2016 | | Transfer from Union Bank | Transfer of funds | 9999-000 | 286,463.99 | | 286,463.99 |
| 09/06/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 38.74 | 286,425.25 |
| 10/03/2016 | | Texas Capital Bank Treasury Management Operations 2350 Lakeside Blvd Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 400.22 | 286,025.03 |
| 10/21/2016 | 53001 | Retrievex 1451 Ocoee-Apopka Rd Building B, Ste 200 Apopka, FL 32703 | Payment per Order entered 9/16/16 allowing destruction of documents | 2990-000 | | 184.31 | 285,840.72 |
| 10/21/2016 | 53002 | Department of Justice Canada Receiver General B C Regional Office 900-840 Howe St Vancouver BC , V6Z2S9 | Accord and Satisfaction – Bankruptcy Estate of Edison Transportation, Inc. – CRA Litigation – Tax Court of Canada Appeal No 2014-1088(IT)G File no 4759408 Payable per Order Docketed No 164 Dated 9/14/16 | 2990-000 | | 14,201.63 | 271,639.09 |
| 10/21/2016 | 53003 | Allwest Reporting Ltd Box 191 1125 - Howe St Vancouver BC  , V6Z2K8 | Payment of Invoices 160315 and 160328 per Order entered as docket no 164 dated 9/14/16 | 2990-000 | | 2,358.34 | 269,280.75 |

Page Subtotals     286,463.99     17,183.24

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 12-16263 | |
| **Case Name:** Edison Transportation LLC | |
| **Taxpayer ID No:** **-***2733 | |
| **For Period Ending:** 12/27/2017 | |

| | |
|---|---|
| **Trustee Name:** Dennis D. Kennedy | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******8165 Checking Account | |
| **Blanket bond (per case limit):** 37,079,582.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 11/03/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 399.65 | 268,881.10 |
| 12/05/2016 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 385.87 | 268,495.23 |
| 01/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 375.23 | 268,120.00 |
| 02/03/2017 | | Texas Capital Bank<br>Treasury Management Operations<br>2350 Lakeside Blvd<br>Richardson, TX 75082 | Bank Service Fee | 2600-000 | | 374.67 | 267,745.33 |
| 03/23/2017 | [9] | Winderweedle, Haines, Ward &<br>Woodman, P.A.<br>329 Park Avenue North<br>Winter Park, FL 32790 | Retainer funds held by SLG Firm | 1229-000 | 22,336.25 | | 290,081.58 |
| 09/05/2017 | | Edison Transportation LLC | From #####8173 To #####8165<br>Transferring funds to consolidate accounts to<br>distribute money to creditors and parties in interest | 9999-000 | 65,401.72 | | 355,483.30 |
| | | | Page Subtotals | | 87,737.97 | 1,535.42 | |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:    **12-16263**
Case Name:    **Edison Transportation LLC**

Taxpayer ID No:    **\*\*-\*\*\*2733**
For Period Ending:    **12/27/2017**

Trustee Name:    **Dennis D. Kennedy**
Bank Name:    **Texas Capital Bank**
Account Number/CD#:    **\*\*\*\*\*\*8165 Checking Account**
Blanket bond (per case limit):    **37,079,582.00**
Separate bond (if applicable):    **0.00**

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | 53004 | Dennis D Kennedy<br>P O Box 541848<br>Merritt Island , FL 32954 | | 2100-000 | | 54,245.18 | 301,238.12 |
| 09/05/2017 | 53005 | Dennis D Kennedy<br>P O Box 541848<br>Merritt Island , FL 32954 | | 2200-000 | | 278.46 | 300,959.66 |
| 09/05/2017 | 53006 | United States Bankruptcy Court<br>400 W. Washington St<br>Orlando, FL 32801 | | 2700-000 | | 350.00 | 300,609.66 |
| 09/05/2017 | 53007 | Bradley M. Saxton<br>Winderweedle, Haines, Ward &<br>Woodman,<br>P.A.<br>PO Box 1391<br>Orlando , FL 32802-1391 | | 3210-000 | | 36,678.80 | 263,930.86 |
| 09/05/2017 | 53008 | Dentons Canada LLP<br>Joel Nitikman<br>250 Howe St, Fl 20<br>Vancouver, BC, V6C 3R8 | | 3210-600 | | 182,000.00 | 81,930.86 |

Page Subtotals    0.00    273,552.44

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| **Case No:** 12-16263 | |
| **Case Name:** Edison Transportation LLC | |

| | |
|---|---|
| **Trustee Name:** Dennis D. Kennedy | |
| **Bank Name:** Texas Capital Bank | |
| **Account Number/CD#:** ******8165 Checking Account | |

| | |
|---|---|
| **Taxpayer ID No:** **-***2733 | |
| **For Period Ending:** 12/27/2017 | |

| | |
|---|---|
| **Blanket bond (per case limit):** 37,079,582.00 | |
| **Separate bond (if applicable):** 0.00 | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | 53009 | Bradley M. Saxton Winderweedle, Haines, Ward & Woodman, P.A. PO Box 1391 Orlando , FL 32802-1391 | | 3220-000 | | 2,351.57 | 79,579.29 |
| 09/05/2017 | 53010 | Dentons Canada LLP Joel Nitikman 250 Howe St, Fl 20 Vancouver, BC, V6C 3R8 | | 3220-610 | | 5,905.56 | 73,673.73 |
| 09/05/2017 | 53011 | Emerson Noble 2572 West State Road 426 #3016 Oviedo , FL 32765 | | 3310-000 | | 1,490.00 | 72,183.73 |
| 09/05/2017 | 53012 | Emerson Noble 2572 West State Road 426 #3016 Oviedo , FL 32765 | | 3320-000 | | 10.05 | 72,173.68 |
| 09/05/2017 | 53013 | International Trailways / Vectour G 236 Auburn Avenue Suite 301 Atlanta , GA 30303 | Disb of 17.44% to Claim #1 | 7100-000 | | 9,160.61 | 63,013.07 |
| 09/05/2017 | 53014 | Workers Compensation Board Of B. C. Workers Compensation Board Of B.C. Attn: Collections, Elham Khosravinejad Po Box 5350 | Disb of 17.44% to Claim #2 | 7100-000 | | 16,397.10 | 46,615.97 |
| | | | Page Subtotals | | 0.00 | 35,314.89 | |

UST Form 101-7-TDR (10/1/2010) (Page 20)

**Exhibit 9**

**FORM 2**
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| **Case No:**  12-16263 | **Trustee Name:**  Dennis D. Kennedy |
| **Case Name:**  Edison Transportation LLC | **Bank Name:**  Texas Capital Bank |
| | **Account Number/CD#:**  ******8165 Checking Account |
| **Taxpayer ID No:**  **-***2733 | **Blanket bond (per case limit):**  37,079,582.00 |
| **For Period Ending:**  12/27/2017 | **Separate bond (if applicable):**  0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 09/05/2017 | 53015 | Drivers Overload, Inc.<br>1111 W. Hastings, Ste. 520 | Disb of 17.44% to Claim #3 | 7100-000 | | 5,955.70 | 40,660.27 |
| 09/05/2017 | 53016 | Lupine Rentals, Llc<br>1500 Kearns Blvd., Ste. F300<br>Park City , UT 84068 | Disb of 17.44% to Claim #4 | 7100-000 | | 2,930.75 | 37,729.52 |
| 09/05/2017 | 53017 | All Resort Coach, Inc.<br>D/B/A Lewis Stages<br>1500 Kearns Blvd., Ste. F300<br>Park City , UT 84068 | Disb of 17.44% to Claim #5 | 7100-000 | | 31,843.36 | 5,886.16 |
| 09/05/2017 | 53018 | Shuttle Bus Leasing<br>C/O Dale Carson, President<br>42882 Ivy Street<br>Murrieta , CA 92562 | Disb of 0.23% to Claim #6 | 7100-000 | | 5,886.16 | 0.00 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 46,615.97 |

| | | |
|---|---|---|
| **COLUMN TOTALS** | 374,201.96 | 374,201.96 |
| Less:Bank Transfer/CD's | 351,865.71 | 0.00 |
| **SUBTOTALS** | 22,336.25 | 374,201.96 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 22,336.25 | 374,201.96 |

**Exhibit 9**

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-16263 | | Trustee Name: | Dennis D. Kennedy |
|---|---|---|---|---|
| Case Name: | Edison Transportation LLC | | Bank Name: | Texas Capital Bank |
| | | | Account Number/CD#: | ******8165 Checking Account |
| Taxpayer ID No: | **-***2733 | | Blanket bond (per case limit): | 37,079,582.00 |
| For Period Ending: | 12/27/2017 | | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |

| | | | TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| All Accounts Gross Receipts: | 1,033,172.66 | | | | | |
| All Accounts Gross Disbursements: | 1,033,172.66 | | ******5389 Checking Account | 1,010,836.41 | 222,130.54 | |
| All Accounts Net: | 0.00 | | ******7880 Checking Account - No Bank Fee | 0.00 | 436,840.16 | |
| | | | ******8165 Checking Account | 22,336.25 | 374,201.96 | |
| | | | ******8173 Checking Account - No Bank Fees | 0.00 | 0.00 | |
| | | | **Net Totals** | 1,033,172.66 | 1,033,172.66 | 0.00 |

**Exhibit 9**